# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# DETROIT OFFICE

| | | |
|---|---|---|
| **MARIJA PERGJOKAJ,** | ) | |
| | ) | |
| Plaintiff, | ) | 2:15-cv-13359-MAG-EAS |
| | ) | |
| v. | ) | Judge Goldsmith |
| | ) | Magistrate Judge Stafford |
| **BERNDT & ASSOCIATES, P.C.,** | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party.

**Date:** October 19, 2016

| **For Plaintiff, Marija Pergjokaj** | **For Defendant, Berndt & Associates, P.C.** |
|---|---|
| /s David M. Marco | /s with consent Charity A. Olson |
| David M. Marco (Atty. No.: 6273315) | Charity Olson |
| SMITHMARCO, P.C. | OLSON LAW GROUP |
| 20 South Clark Street, Suite 2120 | 2723 S. State St., Ste. 150 |
| Chicago, IL 60603 | Ann Arbor, MI 48104 |
| Telephone: (312) 546-6539 | Telephone: (734) 222-1775 |
| Facsimile: (888) 418-1277 | Facsimile: (866) 941-8712 |
| E-Mail: dmarco@smithmarco.com | E-mail: colson@olsonlawpc.com |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# DETROIT OFFICE

| | | |
|---|---|---|
| **MARIJA PERGJOKAJ,** | ) | |
| | ) | |
| Plaintiff, | ) | 2:15-cv-13359-MAG-EAS |
| | ) | |
| v. | ) | Judge Goldsmith |
| | ) | Magistrate Judge Stafford |
| **BERNDT & ASSOCIATES, P.C.,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

Pursuant to settlement, this case is dismissed *with* prejudice, without costs to either party.

SO ORDERED.


Dated: October 19, 2016     s/Mark A. Goldsmith
Detroit, Michigan            MARK A. GOLDSMITH
                             United States District Judge


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 19, 2016.

                             s/Karri Sandusky
                             Case Manager